**Order entered September 21, 2021**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00243-CV

**COLLEEN MARIE FISHER, Appellant**

**V.**

**PAUL M. COOKE, SR., Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-05882**

### ORDER

Before the Court is appellant's September 20, 2021 motion for extension of time to correct and file her brief. We **GRANT** the motion and **ORDER** the brief received on September 20 filed as of the date of this order. We **DENY** appellant's September 14, 2021 extension motion as moot.

/s/     BONNIE LEE GOLDSTEIN
JUSTICE